UST-32, 3-03

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| COSIANO, ALEXIS NICOLE | ) CASE NO. 08-17037-PHX-SSC |
| | ) APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS U.S. BANKRUPTCY COURT |
| Debtor(s). | ) |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 10/07/10 | WELLS FARGO BANK<br>% CASEBOLT GERMAINE & SCHENK, PLC<br>3877 N 7TH ST<br>PHOENIX, AZ 85014 | $2,271.80 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2,271.80 to the Clerk of Court to be deposited in the Registry thereof.

February 1, 2011
DATE

/s/
DIANE M. MANN, Trustee